| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RAS RAHIM, §
 §
       Plaintiff, §
 §
*versus* § CIVIL ACTION NO. 1:07-CV-385
 §
BUREAU OF PRISONS, *et al*., §
 §
       Defendants. §

**MEMORANDUM ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

     Plaintiff Ras Rahim, a prisoner confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se,* filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

     The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the case pursuant to Federal Rule of Civil Procedure 4(m).

     The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. Plaintiff requests that the case be dismissed voluntarily. After due consideration, the court is of the opinion that plaintiff's motion should be granted, and the case should be dismissed in accordance with Federal Rule of Civil Procedure 41(a)(1).

## **ORDER**

Accordingly, plaintiff's motion to dismiss the case is **GRANTED**. The report of the magistrate judge is partially **ADOPTED** to the extent it recommends dismissing the action. A final judgment will be entered in this case in accordance with this memorandum order.

SIGNED at Beaumont, Texas, this 14th day of March, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE